**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

EUGENE WESLEY,                           *
ADC #101996                              *
                                         *
               Petitioner,               *
v.                                       *        No. 4:20CV00459-SWW-JJV
                                         *
DEXTER PAYNE, Director,                  *
Arkansas Division of Correction          *
                                         *
               Respondent.               *

## <u>ORDER</u>

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Petitioner's Objections.  After carefully considering the objections and making a *de novo* review of the record, the Court concludes the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that the Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice and the requested relief is DENIED.

Dated this 29th day of June, 2020.

                              /s/ Susan Webber Wright
                              UNITED STATES DISTRICT JUDGE