# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | | |
|---|---|---|
| EUGENE WESLEY, | * | |
| ADC #101996 | * | |
| | * | |
| Petitioner, | * | |
| v. | * | No. 4:20CV00459-SWW-JJV |
| | * | |
| DEXTER PAYNE, Director, | * | |
| Arkansas Division of Correction | * | |
| | * | |
| Respondent. | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

Dated this 29th day of June, 2020.

/s/ Susan Webber Wright
UNITED STATES DISTRICT JUDGE